IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TIMOTHY JOHN ROURKE,

    Petitioner,

v.

SHERIDAN FDC, et al.,

    Respondents.

Case No. 3:20-cv-02071-AC

ORDER

ACOSTA, Magistrate Judge.

The court GRANTS petitioner's Motion to Dismiss Case (ECF No. 8). IT IS ORDERED that this action is DISMISSED.

IT IS SO ORDERED.

DATED this 17th day of February, 2021.

    /s/ John V. Acosta
    John V. Acosta
    United States Magistrate Judge

1 - ORDER